IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01117-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

## ENTRY OF APPEARANCE OF JONATHAN P. FERO

---

Jonathan P. Fero of the law firm of SEMPLE, FARRINGTON, EVERALL & CASE, P.C., hereby enters his appearance in this matter on behalf of Defendants Poudre School District R-1 and Poudre School District R-1 Board of Education.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

                                SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

                                By: *s/ Jonathan P. Fero*
                                      Jonathan P. Fero
                                      Stephanie K. Wood

1120 Lincoln Street, Suite 1308
Denver, CO  80203
(303) 595-0941
jfero@semplelaw.com
swood@semplelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2023, a correct copy of the foregoing **ENTRY OF APPEARANCE OF JONATHAN P. FERO** was filed and served via CM/ECF to the following:

ILLUMINE LEGAL LLC
J. Brad Bergford, Esq.
8055 E. Tufts Ave., Ste. 1350
Denver, CO 80237
brad@lawillumine.com
*Attorney for Plaintiffs*

By: *s/ Kathleen Schmidt*