IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01117-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,
v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

**ENTRY OF APPEARANCE OF STEPHANIE K. WOOD**

---

Stephanie K. Wood of the law firm of SEMPLE, FARRINGTON, EVERALL & CASE, P.C., hereby enters her appearance in this matter on behalf of Defendants Poudre School District R-1 and Poudre School District R-1 Board of Education.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

                            SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

                            By: *s/Stephanie K. Wood*
                                Jonathan P. Fero
                                Stephanie K. Wood

               1120 Lincoln Street, Suite 1308
               Denver, CO  80203
               (303) 595-0941
               jfero@semplelaw.com
               swood@semplelaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on the 11th day of May, 2023, a correct copy of the foregoing **ENTRY OF APPEARANCE OF STEPHANIE K. WOOD** was filed and served via CM/ECF to the following:

ILLUMINE LEGAL LLC
J. Brad Bergford, Esq.
8055 E. Tufts Ave., Ste. 1350
Denver, CO 80237
brad@lawillumine.com
*Attorney for Plaintiffs*

               By: *s/ Kathleen Schmidt*

2