**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01117-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

**DEFENDENTS' RESPONSE TO PLAINTIFFS' MOTION TO PROCEED
ANONYMOUSLY AND TO REDACT CERTAIN IDENTIFYING
INFORMATION FROM COURT-FILED DOCUMENTS**

---

Defendants, Poudre School District R-1 ("PDS" or the "District") and the Board of Education ("BOE") for Poudre School District R-1 (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this response to Plaintiffs' Motion to Proceed Anonymously and To Redact Certain Identifying Information from Court-Filed Documents (ECF No. 2) filed on May 3, 2023. By order dated May 12, 2023 (ECF No. 11), the Court requested a response from Defendants by June 1, 2023.

Defendants submit the following response discussing (i) no objection to Plaintiffs' requests as stated in their motion, (ii) Plaintiff Erin Lee's willing engagement with national and international news media and her public dissemination of photographs of her children and names of non-leadership District employees, *i.e.*, teachers vs. the Superintendent or Principal, and (iii) conferral efforts between the parties and concerns about reaching consensus and enforcement of a future protective order between the parties, as well as Defendants' anticipated motion to provide equivalent safety and security protection for their non-leadership employees and to alleviate hardship to their hiring efforts given the publicity and safety and privacy concerns of their employees.

## I. Defendants Do Not Object to Plaintiffs' Requests as Stated in Their Motion

Defendants do not object to Plaintiffs' request to use only initials to identify the three minor children and to exchange unredacted materials during discovery (subject, of course, to an appropriate protective order). Pls.' Mot. at paras. 12, 14. Defendants do not object to Plaintiffs' requests to redact any personal contact information of all Plaintiffs and the names or nicknames of the three minor children from any materials to be filed with the Court. *Id*. at 12.

Defendants do object to Plaintiff's additional request made during conferral efforts to use Level 1 restriction for medical records given that the issue was not discussed in their motion in accordance with the factors pursuant to D.C.COLO.LCivR 7.2(c) and the issue is premature. Defendants will confer in good faith with Plaintiffs when any issue about medical records to be filed with the Court becomes ripe.

**II.    Plaintiff Erin Lee's Willing Engagement with National and International News Media and Public Dissemination of Photographs and Information About Individuals Involved with This Controversy**

To the extent Plaintiffs submit a reply in which they expand their request for anonymity, Defendants note Plaintiff Erin Lee has willingly engaged with national news media about the issues in controversy between the parties, has appeared in person on video for several interviews, and has provided photographs of her children with only minor efforts to conceal their full faces while leaving portions of their faces, relative ages, body size, and hair color evident to be viewed by the public.  Given that both her face and full name are now widely known, the news media could easily follow Plaintiff Erin Lee and obtain full photographs or video of her two children involved in this litigation and publicly release them.  For example, Plaintiff Erin Lee participated in a May 9, 2023, Fox News interview that was also disseminated by Yahoo News and provided photographs showing her and her daughter (C.L.), whose face is slightly concealed but her height, age, body size, and hair color are readily apparent.  Another photograph shows Plaintiff Erin Lee's younger son (M.L.) with the side of his face evident, as well as making evident his height, age, body size, and hair color.  Below are screenshots of the national video interview.





Here is the link to the full interview and video: Yahoo News / Fox News: Colorado Mother Sues.[1]

On May 8, 2023, the UK Daily Mail published an article showing the following photograph of Ms. Lee and her family with her children's faces only slightly concealed but with their ages, body sizes, and hair color evident for public view, which is appended below.  This article also provided a photograph of Kimberly Chambers, a substitute teacher for the District, who is named in the complaint.  The full article can be found here: Parents suing over LGBTQ club claims regarding teachers and their daughters | Daily Mail Online.[2]

---

[1]   Https://news.yahoo.com/colorado-mother-sues-school-over-164254777.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAHebuKmgEP_v1GrJkXkL8OVEBR7bgx6oCdcGtn8lKYWSI9D9cFBXEyZ8T1KmrQWeb8d2kav46u1FtT20LpOrwyijB7vn6uVfbY-lOFZ_94GiubcLR0BRzIPTgtFqZymfsmDKIl3tY8FCR-poIs4EyzXnVrUJkDulMcuyjOKzvM86

[2]   Https://www.dailymail.co.uk/news/article-12059347/Parents-suing-LGBTQ-club-claims-regarding-teachers-daughters.html



This prolific publicity effort by Plaintiff Erin Lee seems inconsistent with someone concerned with maintaining the privacy of her children's identities due to safety concerns. Accordingly, Defendants object to any further anonymity restrictions for Plaintiff Erin Lee and her family at this time.

### III. Conferral Efforts Between the Parties and Concerns About Reaching Consensus and Subsequent Enforcement of a Protective Order and Safety Protections for District Employees

As introduced above in Section II, Plaintiff Erin Lee's consistent willing engagement with the media also shows a willingness to place non-leadership District employees into the national spotlight, which adversely affects their own privacy and safety. Unfortunately, gender fluidity and transgender issues can be polarizing, and threats of violence and actual violence often follow from those resistant to diversity, equity, and inclusiveness. For example, on November 19, 2022, five people were killed and at least 19 were injured in the shooting at the LGBTQIA+[3] nightclub Club Q in Colorado Springs. Defendants have substantial concerns about any additional efforts to

---

[3]   LGBTQIA+ is an abbreviation for lesbian, gay, bisexual, transgender, queer or questioning, intersex, asexual, and more.

publicize this litigation by Plaintiffs given the resulting harassment and arising safety concerns of the non-leadership employees named in Plaintiffs' complaint and publicized by Plaintiff Erin Lee in the national news media.

One of the two interviews mentioned in Section II, referenced a District employee by name and included her photograph. Similarly, on May 10, 2023, Plaintiff Erin Lee participated in another publicity effort that included a video of herself, a video of a District employee, a photograph of a Board Member, and published several internal emails between District employees with the email addresses apparent for two employees. The publicity effort can be found here: [Parents Defending Education: 12 year old student attends trans and queer meeting and parental concerns](#).[4] This and other public disclosure of the employee's email addresses made them readily accessible targets for harassing emails from members of the public. Without curtailment, Defendants anticipate that these publicity efforts will continue and exacerbate privacy and safety concerns for District employees.

Defendants plan to negotiate a protective order with Plaintiffs and expect that obtaining consensus will be difficult (i) given Plaintiff Erin Lee's willingness to engage the national and international news media about the issues in controversy between the parties and (ii) Plaintiffs' evident non-reciprocity in rejecting to the use of initials or acronyms for non-leadership District employees who have endured harassment and safety concerns since their names have been publicized and the District's concerns that the ongoing publicity will adversely affect their hiring

---

[4]    Https://defendinged.org/incidents/12-year-old-student-invited-to-afterschool-art-club-finds-herself-in-a-meeting-about-trans-and-queer-identity-where-she-is-told-to-keep-secrets-and-that-parents-arent-safe/

efforts and thus, adversely affect the interests of their student body.

As background during a May 18, 2023 conferral phone conversation between Ms. Wood and Mr. Bergford, which undersigned counsel initiated, Mr. Bergford indicated that Plaintiffs may be changing their request for privacy protections for the minor children, and he requested time to confer with his clients and co-counsel. As a result, several follow-up conversations occurred. By email on May 30, 2023, Plaintiffs' counsel opposed any effort by Defendants to protect the identities of their non-leadership employees. As a result, Defendants anticipate the need to file a motion to provide similar protections to their non-leadership employees that they agreed to provide for the three minor children and the parents (in the form of redacting their contact information from any court-filed documents, Pls.' Mot. at para. 12).

Multiple District employees have received harassing messages and feel that their safety and privacy has been threatened. Indeed, a number of District employees have taken steps to suppress their residential addresses due to these concerns, and a number of District employees feel that this effort provided them with inadequate peace of mind given the existing press coverage of the case and the possibility that the litigation could go on for some time. Undersigned counsel conveyed these concerns and further conveyed that the Defendants had substantial concerns that the press coverage and resulting safety concerns among their employees would adversely affect their future hiring efforts, which would ultimately adversely impact the interests of their student body. Even though Defendants are willing to accept precautions in this litigation for the three minor children and their parents, Plaintiffs have been unwilling to accept similar precautions for non-leadership District employees. In short, it appears further conferral efforts on safety and privacy concerns for District employees will fail, and thus, the assistance of the Court may be

needed to resolve these issues fairly and reasonably.

RESPECTFULLY SUBMITTED this 1st day of June, 2023.

                SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

                By: */s/ Stephanie K. Wood*
                    Jonathan P. Fero
                    Stephanie K. Wood
                    1120 Lincoln Street, Suite 1308
                    Denver, CO  80203
                    (303) 595-0941
                    jfero@semplelaw.com
                    swood@semplelaw.com

## CERTIFICATE OF SERVICE

I, Kathleen Schmidt, hereby certify that on this 1st day of June, 2023, this response was electronically served on all counsel of record.

                By: */s/ Kathleen Schmidt*
                SEMPLE, FARRINGTON, EVERALL & CASE, P.C.
                1120 Lincoln Street, Suite 1308
                Denver, CO  80203
                (303) 595-0941