**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-0117-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiff(s),

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendant(s).

---

### ENTRY OF APPEARANCE OF JESSICA H. STEINMANN

---

To the clerk of court and all parties of record:

    Jessica H. Steinmann of the law firm: the AMERICA FIRST POLICY INSTITUTE herby certifies that she is a member in good standing of the bar of this court, and appears in this case as counsel for plaintiffs: JONATHAN LEE;  ERIN LEE; C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends; M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends; NICOLAS JURICH; LINNAEA JURICH; and H.J., a minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH as next friends.

    RESPECTFULLY SUBMITTED this 8th day of June, 2023.

1

2

AMERICA FIRST POLICY INSTITUTE

By: s/*Jessica H. Steinmann*
Jessica H. Steinmann
America First Policy Institute
1001 Pennsylvania Ave. N.W., Suite 510
Washington, D.C. 20004
1 (202) 684-8361
jsteinmann@americafirstpolicy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

jfero@semplelaw.com
swood@semplelaw.com
*Attorneys for Defendants*

/s/ *Jessica H. Steinmann*
Jessica H. Steinmann