**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

**DEFENDENTS' UNOPPOSED MOTION FOR EXTENSION OF
PAGE LIMIT FOR THEIR MOTION TO DISMISS**

---

Defendants, Poudre School District R-1 ("PSD" or the "District") and the PSD Board of Education (the "Board") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this motion to extend their page limit by 5-pages for their motion to dismiss.

In accordance with D.C.COLO.LCivR 7.1(a), Defendants have conferred with Plaintiffs regarding this requested relief, and Plaintiffs have indicated that they consent to Defendants' requested relief.

Pursuant to this Court's Practice Standard 10.1(c)(5), the Court will entertain motions for extensions of the page limit where appropriate and for good cause. Defendants show both appropriateness and good cause as follows:

1. Defendants recognize the burdens imposed upon the Court by lengthy filings; however, this is not a typical case as it involves six named plaintiffs and two named defendants.
2. Plaintiffs filed a 31-page complaint alleging two constitutional violations, ECF No. 1.
3. To guide the Court, the constitutional analysis in Defendants' motion to dismiss requires thorough citations from the Supreme Court, the 10th Circuit, and federal district courts that have evaluated similar constitutional claims within the transgender context.
4. Within the motion to dismiss, Defendants submit three independent legal bases for dismissal, each of which requires their own section within the brief.
5. Counsel for Defendants have attempted to state these bases as succinctly as possible, as well as to edit the brief for any unnecessary background or verbiage, which eliminated three pages.  Further editing is not possible without adversely affecting the completeness of their arguments and omitting necessary supporting authority, which would prejudice the interests of their clients.
6. Plaintiffs would not be prejudiced by this modest page limit extension and in conferral negotiations, Defendants have agreed to consent to a similar extension for Plaintiffs' response should it be necessary.
7. Accordingly, it would be appropriate and good cause exists to grant a five-page extension for Defendants' motion to dismiss.

## CONCLUSION

For the foregoing reasons, Defendants request that the page limit for their motion to dismiss be extended by five-pages for a total of 20 pages.

RESPECTFULLY SUBMITTED this 6th day of July, 2023.

    SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

    By: */s/ Stephanie K. Wood*
    Jonathan P. Fero
    Stephanie K. Wood
    1120 Lincoln Street, Suite 1308
    Denver, CO  80203
    (303) 595-0941
    jfero@semplelaw.com
    swood@semplelaw.com

## CERTIFICATE OF SERVICE

I, Julia Southwell, hereby certify that on this 6th day of July, 2023, the foregoing was filed via CM/ECF and electronically served on all counsel of record.

    By: */s/ Julia Southwell*