IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action:  23-cv-01117-NYW-STV | Date: July 6, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| JONATHAN LEE,<br>ERIN LEE,<br>C.L.,<br>M.L.,<br>NICOLAS JURICH,<br>LINNAEA JURICH, and<br>H.J.<br><br>    Plaintiff,<br><br>v.<br><br>POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION, and<br>POUDRE SCHOOL DISTRICT R-1<br><br>    Defendant. | Brad Bergford<br>Jase Panebianco<br>Jessica Steinmann<br>Richard Lawson<br><br><br><br><br><br><br><br><br>Stephanie Wood |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:  11:46 a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** fact depositions, absent leave of court.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings:  **July 29, 2023**
Discovery Cut-off:  **April 29, 2024**
Dispositive Motions Deadline:  **June 13, 2024**   Within seven (7) days of the dispositive motion deadline, <u>if no such motions are filed</u>, the Parties shall file a joint motion to set a Telephonic Status Conference at which Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.
Each side shall be limited to **3** total experts, absent leave of court.

Parties shall designate affirmative experts **on or before 90 days before the discovery cut off**. Parties shall designate rebuttal experts **on or before 30 days of other party's expert witness disclosure**.

**STATUS CONFERENCE** not set at this time.  If the court determines one is necessary, one will be set by minute order.  The parties may request a status conference by contacting chambers (303) 335-2365, by a joint conference call.

The parties must notify chambers (303-335-2365) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

The court advises counsel to review Judge Wang's Practice Standards.

The court also advises counsel to review his Practice Standards, especially for the manner in which he addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on July 6, 2023.

Counsel for Defendants informs the court that tomorrow Defendants will be filing a Motion to Stay Discovery and a Motion to Dismiss the Complaint in it's entirety.

**ORDERED:**   The following briefing schedule on the anticipated Defendant's Motion to Stay which will be filed on July 7, 2023, is as follows:  Plaintiffs shall file a Response on or before July 28, 2023.  Defendants shall file a Reply on or before August 11, 2023.  A Motion Hearing on the Motion to Stay is set for **August 24, 2023 at 9:00 a.m.** before Magistrate Judge Varholak in courtroom A402.

Hearing concluded.
**Court in recess:**       11:54 a.m.
Total time in court:     00:08

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.