**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor by and through parents JONATHAN and ERIN LEE as next friends;
M.L., a minor, by and through parents JONATHAN and ERIN LEE as next friends;
NICOLAS JURICH;
LINNAEA JURICH;
and H.J., a minor, by and through parents NICOLAS and LINNAEA JURICH as next friends,

      Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1, Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,

      Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 29)**

---

      Plaintiffs, Jonathan Lee, Erin Lee, Nicolas Jurich, Linnaea Jurich, C.L. and M.L., minors by and through parents Jonathan and Erin Lee, and H.J., a minor by and through parents Nicolas and Linnaea Jurich, (collectively, "Plaintiffs"), by and through their undersigned counsel, and under Fed. R. Civ. P. 6 and related authorities, respectfully move this Court for an Order permitting an extension of time, through and including Friday, August 4, 2023, to file their Response to Defendants' Motion to Dismiss (ECF No. 29) ("Motion to Dismiss"). As grounds for granting this Motion, the Plaintiffs state as follows:

1.     This Unopposed Motion is filed well in advance of the date on which the Plaintiffs' Response to Defendants' Motion to Dismiss is due.

2.     Because the Plaintiffs were served with Defendants' Motion to Dismiss on July 7, 2023, the current deadline for the Plaintiffs to file their Response to said Motion to Dismiss is July 28, 2023.

3.     Fed. R. Civ. P. 6(b) provides if a party moves for an extension of time to complete an act before the expiration of the period to complete that act, the Court possesses the discretion to grant the sought-after extension of time.

4.     During the weeks of July 10, July 17, and July 24, several of the lead counsel for Plaintiffs have conflicts due to previously scheduled vacations as well as briefing schedules in other matters.  Accordingly, Plaintiffs seek a one-week extension to August 4, 2023, to file the Plaintiffs' Response to the Defendants' Motion to Dismiss.

5.     This is the Plaintiffs' first request for an extension of time respecting the deadline to prepare and file their Response to Defendants' Motion to Dismiss.

6.     This is Plaintiffs' first request for an extension of time in this case.

7.     This Unopposed Motion would not affect any other date currently set in this case.

8.     This Unopposed Motion is made in good faith and not for purposes of delay.

9.     Further, no party will be prejudiced by granting this relief.

10.     Hence, good cause exists for the Court to grant the requested relief.

11.     Finally, pursuant to D.C.COLO.LCivR.6.1(c), this Unopposed Motion is being served contemporaneously via email upon Plaintiffs.

## **CONCLUSION**

In conclusion, for the foregoing reasons, Plaintiffs seek from the Court an Order: granting a brief 7-day extension of time until and including August 4, 2023, to file and serve Plaintiffs' Response to Defendants' Motion to Dismiss; and entering all other and further relief which the Court deems just and proper.

Dated and respectfully submitted this 21st day of July, 2023.

**AMERICA FIRST POLICY INSTITUTE**

*/s/ Jase Panebianco*
By: Jase Panebianco
America First Policy Institute
1001 Pennsylvania Ave NW
Suite 510
Washington, D.C. 20004
Phone: (202) 684-8361
Email: jpanebianco@americafirstpolicy.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion for Extension of Time was filed on the 21st day of July, 2023, with the U.S. District Court of Colorado CM/ECF System, which will notify the following attorneys for the Defendant:

Stephanie K. Wood
Jonathan P. Fero
SEMPLE, FARRINGTON, EVERALL & CASE, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
jfero@semplelaw.com
swood@semplelaw.com

*/s/ Jase Panebianco*
By: Jase Panebianco

## **CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the Plaintiffs hereby certifies that he has conferred with counsel for Defendants, who do not oppose the requested extension of time.

*/s/ Jase Panebianco*
By: Jase Panebianco