**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

      Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

      Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**
_____

Defendants, Poudre School District R-1 ("PSD" or the "District") and the PSD Board of

Education (the "Board") (collectively, "Defendants"), by and through their undersigned counsel,

hereby submit this Unopposed Motion for an Extension of Time To File a Reply in Support of

Their Motion to Dismiss. In accordance with D.C.COLO.LCivR 6.1(b), Defendants conferred with

Plaintiffs via email on July 5, in person on July 6, and again via email on July 20, 21, and 24

regarding this requested relief, and Plaintiffs indicated that they consent to Defendants' requested

relief.

Pursuant to this Court's Civil Practice Standard 6.1A, this motion is being filed far advance of the deadline, and Defendants submit the following to show good cause to grant the motion.

1. Defendants' Motion to Dismiss (ECF No. 29) concerns six named plaintiffs and two named defendants and moves for dismissal of plaintiffs' complaint in its entirety on three independent legal grounds, as such is it more complex and more heavily cited than a typical motion to dismiss moving for partial dismissal of a plaintiff's complaint.

2. During conferral, Defendants agreed to a one-week extension for Plaintiffs to file their Response to Defendants' Motion to Dismiss in exchange for consenting to a one-week extension for Defendants to file their Reply.

3. Pursuant to D.C.COLO.LCivR 6.1(b), "[t]he responding party shall have 21 days after the date of service of a motion, or such lesser or **greater time as the court may allow**, in which to file a response. The moving party may file a reply no later than 14 days after the date of service of the response, or such lesser or **greater time as the court may allow**." (emphases added).

4. On Friday, July 21, 2023, Plaintiffs filed their Unopposed Motion for Extension of Time to File Their Response to Defendants' Motion to Dismiss by August 4, 2023. ECF No. 32. On Monday, July 24, 2023, the Court granted Plaintiffs' Motion. ECF No. 33.

5. Plaintiffs' Response to the Motion to Dismiss is now due by Friday, August 4, 2023, which allows them four weeks in total to prepare their response. Pursuant to D.C.COLO.LCivR 6.1(b), Defendants reply would be due two weeks later on Friday,

August 18, 2023. Accordingly, Defendants request a one-week extension of time to the current due date to file their reply by Friday, August 25, 2023, which will give them a total of three weeks to prepare their reply.

6.  This is the first such extension of time requested by Defendants. Defendants previously sought and were granted an extension on page limits for their motion to dismiss (ECF Nos. 25 and 28).

7.  This request reflects a narrow reciprocal agreement between the parties and will not cause undue delay nor will it prejudice any party.

8.  Accordingly, good cause exists to grant a one-week extension of time to Defendants' current due date of August 18, 2023, which would make their reply due by August 25, 2023.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court grant a one-week extension of time to their current deadline, so that they may file their reply by August 25, 2023.

RESPECTFULLY SUBMITTED this 31st day of July, 2023.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/ Stephanie K. Wood*
Jonathan P. Fero
Stephanie K. Wood
1120 Lincoln Street, Suite 1308
Denver, CO  80203
(303) 595-0941
jfero@semplelaw.com
swood@semplelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2023, the foregoing was filed via CM/ECF and electronically served on all counsel of record. In accordance with D.C.COLO.LCivR 6.1(c) and the Court's Civil Practice Standard 6.1A(c), a copy of this motion has been served via email to General Counsel Autumn Aspen contemporaneously with this filing.

By: *s/ Kathleen Schmidt*