**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO STAY**

---

    Defendants, Poudre School District R-1 ("PSD" or the "District") and the PSD Board of Education (the "Board") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this motion to extend their page limit by 5-pages for their reply in support of their motion to stay discovery pending a ruling on their dispositive motion.

    In accordance with D.C.COLO.LCivR 7.1(a), Defendants have conferred with Plaintiffs regarding this requested relief, and Plaintiffs have indicated that they do not object to Defendants' requested relief.

Pursuant to Judge Wang's Civil Practice Standard 10.1(c)(5), the Court will entertain motions for extensions of the page limit where appropriate and for good cause. Defendants show both appropriateness and good cause as follows:

1. In this District, the standard for a motion to stay discovery is the five-prong test set forth in *String Cheese Incident, Llc. v. Stylus Shows, Inc.*, No. 05-cv-01934-LTB-PAC, 2006 WL 894955 (D. Colo. Mar. 30, 2006).

2. On July 7, 2023, Defendants filed a 9-page motion to stay discovery pending a ruling on their dispositive motion. ECF No. 30.

3. On July 28, 2023, Plaintiffs filed a 14-page response that cited 28 cases not cited in Defendants' motion and also raised a sixth factor for potential consideration by the Court. ECF No. 34.

4. The existing page limit of 10-pages would not permit Defendants adequate space to reply to Plaintiff's 14-page response.

5. Defendants request a 5-page extension for a total of 15-pages to adequately reply to Plaintiffs' response.

6. This motion is being filed one business day prior to the deadline for Defendants' reply, which is Friday, August 11, 2023. M.J. Varholak's Practice Standard V.B.3.

7. Accordingly, it would be appropriate and good cause exists to grant a 5-page extension for Defendants' reply in support of the motion to stay discovery.

## CONCLUSION

For the foregoing reasons, Defendants request that the page limit for their reply in support of their motion to stay discovery be extended by 5-pages for a total of 15 pages.

RESPECTFULLY SUBMITTED this 10th day of August, 2023.

           SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

           By: */s/ Stephanie K. Wood*
           Jonathan P. Fero
           Stephanie K. Wood
           1120 Lincoln Street, Suite 1308
           Denver, CO  80203
           (303) 595-0941
           jfero@semplelaw.com
           swood@semplelaw.com

**CERTIFICATE OF SERVICE**

I, Julia Southwell, hereby certify that on this 10th day of August, 2023, the foregoing was filed via CM/ECF and electronically served on all counsel of record.

           By: */s/ Julia Southwell*