**From:** Gregor Ivanov <thewonderofpandora@hotmail.com>
**Sent:** Wednesday, May 10, 2023 11:41 AM EDT
**To:** ███@psdschools.org ███@psdschools.org>
**Subject:** you're incredibly lucky

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

if it was my kid that attended your school that you had tried to prey on you wouldn't be walking around you child molesting pervert.

you disgusting pedophile, you should kill yourself.  but if not, hopefully someone else in the town will do it for you.

**Exhibit 2**