IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action:  23-cv-01117-NYW-STV          Date:   August 24, 2023
Courtroom Deputy: Monique Ortiz          FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| JONATHAN LEE, | Jase Panebianco |
| ERIN LEE, | Richard Lawson |
| C.L., | |
| M.L., | |
| NICOLAS JURICH, | |
| LINNAEA JURICH, and | |
| H.J. | |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| POUDRE SCHOOL DISTRICT R-1 BOARD OF | Stephanie Wood |
| EDUCATION, and | |
| POUDRE SCHOOL DISTRICT R-1 | |
| | |
| Defendant. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**
**Court in session:      9:03 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court on Defendants' Motion to Stay Discovery Pending a Ruling on Their Dispositive Motion [ECF Doc. No. 30, filed 7/7/2023].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**      The Defendants' Motion to Stay Discovery Pending a Ruling on Their
Dispositive Motion [ECF Doc. No. 30] is **GRANTED**.  The court will
STAY the matter pending resolution of the Motion to Dismiss. With seven
(7) days of a ruling on the Motion to Dismiss, if aspects of the case

survive, the parties shall contact Magistrate Judge Varholak's chambers to set the matter for a Scheduling Conference.

Hearing concluded.
**Court in recess:**        **9:31 a.m.**
Total time in court:     00:28

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.