IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH as next friends,

  Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1, Ft. Collins Colorado; and
POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,

  Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

---

  Plaintiffs, Jonathan Lee, Erin Lee, C.L., M.L., Nicolas Jurich, Linnaea Jurich, and H.J. (collectively "Plaintiffs"), by and through their undersigned counsel, hereby submit this motion to extend their page limit by four pages to their Response in Opposition to Defendants' Motion to Dismiss.

  In accordance with the D.C.COLO.LCivR 7.1(a), Plaintiffs have conferred with Defendants regarding this requested relief, and Defendants have indicated that they do not object to Plaintiffs' requested relief.

## NATURE OF THE MOTION

On August 4, 2023, Plaintiffs filed their Response to Defendants' Motion to Dismiss (ECF 37) (the "Response") which totaled nineteen pages in length, excluding the certificate of service. Prior to filing the Response, Plaintiffs' counsel reviewed Judge Wang's Practice Standards, effective October 7, 2022, and found that a twenty page limit applied to motions ("Judge Wang Practice Standards").[1] Noting that the Uniform Civil Practice Standards ("Uniform Practice Standards"),[2] effective December 1, 2022, have a fifteen page limit, Plaintiffs' counsel contacted the Clerk of the Court requesting clarity. Based on this conversation with the Clerk, Plaintiffs' counsel understood that specific provisions of the October 7, 2022, Judge Wang Practice Standards controlled over any conflicting provision of the December 1, 2022, Uniform Practice Standards. Accordingly, Plaintiffs submitted their nineteen-page Response.

On August 25, 2023, Defendants filed their Reply in Support of Motion to Dismiss, (ECF 43) ("Reply"), wherein they argued that the Court may strike the four pages of Plaintiffs' Response in excess of the Uniform Practice Standards fifteen-page page limit. Reply, at 7, n.3.

In response to this argument contained in Defendants' footnote, Plaintiffs' counsel contacted Defendants' counsel explaining Plaintiffs' uncertainty between the Uniform Practice Standards and the Judge Wang Practice Standards and requested Defendants' consent to file this Motion for Extension of Page Limit for their Response in Opposition to Defendants' Motion to Dismiss. Defendants had no objection.

---

[1] *Practice Standards (Civil Cases of Judge Nina Y. Wang*, (Eff. Oct. 7, 2022), http://www.cod.uscourts.gov/Portals/0/Documents/Judges/NYW/NYW_Civil_Practice_Standards.pdf

[2] *United States District Court District of Colorado Uniform Civil Practice Standards of Senior Judge Christine M. Arguello, Judge Regina m. Rodriguez, Judge Charlotte N. Sweeney, and Judge Nina Y. Wang*, (Eff. Dec. 1, 2022), http://www.cod.uscourts.gov/Portals/0/Documents/Judges/Uniform_Civil_Practice_Standards_CMA_RMR_CNS_NYW_2212.pdf.

## PLAINTIFFS' MOTION FOR EXTENTION OF PAGE LIMIT

In order to ensure compliance with the Uniform Practice Standards, Plaintiffs ask this Court for an Extension of Page Limit to their Response. Pursuant to Uniform Practice Standard 10.1(c)(5), the Court will entertain motions for extensions of the page limit where appropriate and for good cause. Plaintiffs show both appropriateness and good cause as follows:

1. Plaintiffs recognize the burden imposed upon the Court by lengthy filings; however, this is not a typical case as it involves six named plaintiffs and two named defendants.

2. To properly rebut the arguments presented in Defendants' Motion to Dismiss and guide the Court through Plaintiffs' argument, the Response required thorough citation to the Supreme Court, the 10th Circuit, and various district courts that have evaluated similar constitutional claims within the parental rights context.

3. Within Defendants' Motion to Dismiss, Defendants submitted three independent legal bases for dismissal, each of which necessitated a separate section within Plaintiffs' Response for sufficient rebuttal.

4. Plaintiffs' counsel had attempted to state these rebuttals as succinctly as possible, and included only what background and verbiage was needed as to sufficiently convey their meaning. Further editing was not possible without adversely affecting the completeness of their arguments and omitting necessary supporting authority which would have prejudiced the interests of their clients.

5. Defendants would not be prejudiced by this modest page limit extension nor its ex-post granting. Defendants' Motion to Dismiss was twenty pages in length while Plaintiffs' Response was nineteen pages in length.

6. Accordingly, it would be appropriate and good cause exists to grant an ex-post four-page extension for Plaintiffs' Response.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the page limit for their Response be extended ex-post filing, by four-pages for a total of nineteen pages.

RESPECTFULLY SUMITTED this 5th day of September, 2023.

**AMERICA FIRST POLICY INSTITUTE**

/s/ *Jase Panebianco*
By: Jase Panebianco
America First Policy Institute
1001 Pennsylvania Ave NW
Suite 510
Washington, D.C. 20004
Phone: (202) 684-8361
Email: jpanebianco@americafirstpolicy.com

ATTORNEY FOR PLAINTIFF

## CERTIFICAT OF SERVICE

Undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion for Extension of Page Limit was file on the 5th day of September, 2023, with the U.S. District Court of Colorado CM/ECF System, which will notify the following attorney for the Defendant:

Jonathan P. Fero
SEMPLE, FARRINGTON, EVERALL & CASE, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
jfero@semplelaw.com

/s/ *Jase Panebianco*
By: Jase Panebianco

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the Plaintiffs hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants, who does not oppose the requested extension of page limit.

/s/ *Jase Panebianco*
By: Jase Panebianco

5