**From:** Matthias I <mattg6163@gmail.com>
**Sent:** Thursday, May 12, 2022 11:45 AM EDT
**To:** ███@psdschools.org ███@psdschools.org>
**Subject:** Think you need to resign!

https://www.dailymail.co.uk/news/article-10809457/Colorado-mom-says-daughter-invited-high-school-art-club-actually-transgender-group.html

**From:** Noone Noone <dumbya_is_a_murderer@yahoo.com>
**Sent:** Thursday, May 12, 2022 10:56 AM EDT
**To:** ▇▇▇▇ - WMH ▇▇▇@psdschools.org>
**Subject:** You're grooming kids.
**Attachment(s):** "Stonewall-Schools-Guidance-A-Critical-Review.x20166.pdf","126225914_489787412476452_7030107536296379269_n.jpg","The Medical Establishment is Failing Trans Kids.docx","When Asked 'What Are Your Pronouns,' Don't Answer - WSJ.pdf"

You're a very sick and twisted individual.  Gender ideology is harming children.  Get help

**From:** ⬛@psdschools.org>
**Sent:** Thursday, May 12, 2022 11:10 PM EDT
**To:** ⬛@yahoo.com <⬛@yahoo.com>; ⬛ - WMH ⬛@psdschools.org>
**CC:** ⬛ - WMH <⬛@psdschools.org>; ⬛ - WEL <⬛@psdschools.org>
**Subject:** RE: SPLASH / WMS
**Attachment(s):** "image020.emz"

⬛,

Thank you so much for taking the time to reach out to me directly about the recent media coverage.

Although I appreciate that you have questions about the information reported, please know that I will not comment about the accuracy or specific details to respect the privacy of the students. Wellington Middle School, and PSD, does not comment publicly on student matters. I would do the same for any family, whether this was a story that referred to a situation involving your child or any other student here at school.

I can confirm that a Board of Education director and PSD staff members, on multiple occasions over the past year, have communicated with Ms. Lee regarding this matter.

In PSD, we promise to create and uphold equitable, inclusive, and rigorous educational opportunities, outcomes, and experiences for all students. As a district, we are committed to making our schools safe spaces in which all students can learn.

I believe in our staff and community here at Wellington Middle School, and we work hard to ensure that all students, staff and parents/guardians feel welcomed, included and supported. It is important to me that our students, including ⬛, feel like they belong, and we are committed to their learning and well-being every day.

Please let me know if you would like to meet, or schedule a phone call if you have further questions. I will do my best to answers the questions that I am able to.
Sincerely,

*** This electronic message and any files or attachments transmitted with it may be confidential and proprietary information of Poudre School District. The information is solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that distribution or copying of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately, and delete it from your system.

---

**From:** ⬛@yahoo.com <⬛@yahoo.com>
**Sent:** Thursday, May 12, 2022 12:55 PM
**To:** ⬛ - WEL <⬛@psdschools.org>; ⬛ - WEL ⬛@psdschools.org>
**Cc:** ⬛ - WEL <⬛@psdschools.org>; ⬛ - WEL <⬛@psdschools.org>
**Subject:** SPLASH / WMS

These allegations are very egregious. And the screenshots of the email correspondences seems
pretty incontrovertible. Once this becomes more known within the community (parents) I think you've got a big PR problem on your hands. And possibly lawsuits. This "education" / brainwashing has Absolutely NO business at any middle school. I am appalled.

regards,

[Fury as teacher asks girl, 12, to art club that was transgender group](#)







**Face redacted**

**Fury as teacher asks girl, 12, to art club that was transgender group**

Alex Hammer

Erin Lee, whose daughter attended Wellington Middle School up until last week, says her daughter was told by a g...

https://nypost.com/2022/05/12/colorado-middle-school-invited-students-to-secret-lgbtq-club-report/

**From:** Nomen Nescio <nobody@dizum.com>
**Sent:** Thursday, May 12, 2022 1:23 PM EDT
**To:** ▇▇▇@psdschools.org ▇▇▇@psdschools.org>
**Subject:** media request

ARE YOU FUCKING KIDDING ME?

LYING AND TRICKING --- A 12 YEAR OLD CHILD TO GET THEM
TO A QUEER CLUB AND TALK ABOUT SEX!!!

WITHOUT THEIR PARENTS PERMISSION???

THIS IS CHILD ABUSE!!

YOU PEOPLE ARE OUT OF YOUR FUCKING MINDS!!!

 THIS IS BEYOND ----> WRONG!

https://www.dailymail.co.uk/news/article-10809457/Colorado-mom-says-daughter-invited-high-school-art-club-actually-transgender-group.html

**From:** Ron <ronthoma9@gmail.com>
**Sent:** Thursday, May 12, 2022 12:55 PM EDT
**To:** ▓▓▓▓@psdschools.org ▓▓▓▓@psdschools.org>
**Subject:** If this article is true…..

You are disgusting.
https://www.dailymail.co.uk/news/article-10809457/Colorado-mom-says-daughter-invited-high-school-art-club-actually-transgender-group.html

**From:** cliff lingsch <cliff-home@hotmail.com>
**Sent:** Saturday, May 14, 2022 7:16 PM EDT
**To:** ▮▮▮▮@psdschools.org ▮▮▮▮@psdschools.org>
**Subject:** Art

Hey lunatic. I hope you get sued all to hell. You are a sick, disturbed pervert. Btw, they're not your kids you freak.

Sent from Samsung tablet

1116 West 2nd Street
Chester, Pennsylvania 19013

NASHVNASHMILLEOTN 370

13 FEB 2023

Wellington Middle-High School
4001 Wilson Avenue
Wellington, Colorado 80549

**Exhibit 2, Page 9 of 20**

80549-510001

# Jesus died for you

1:23-cv-01117-NYW-STV Document 48-2 filed 09/14/23 USDC Colorado of 20



*Jesus Christ."* In order to go to Heaven from the **USA**, you must accept Christ by calling on Him in prayer. He tells us in Romans 10:13, *"For whosoever shall call upon the name of the Lord shall be saved."* Follow Christ's directions by praying in faith the following prayer, or one similar to it, to receive Him now:

> *Dear Lord Jesus, I know that I am a sinner, please forgive me for my sin, and take me to Heaven when I die. I believe that You died and rose again for me. I am trusting You completely and nothing I can do. Thank You Jesus! Amen.*

**Exhibit 2, Page 11 of 20**

©2010 Mercy & Truth Ministries
www.heritagebaptistchurch.cc
Lawrence, KS 66049   785-887-2203

**M**ore important than living in the ***USA*** is where you will live forever. Have you ever taken a trip and not known how to get to your destination? Just as you would look at a map of the ***USA*** to find your way, so you must look at the Bible to find your way to Heaven. The Bible says, *"Narrow is the way, which leadeth unto life, and few there be that find it."* (Matt. 7:14) Jesus said, *"I am the way, the truth, and the life: no man cometh unto the Father, but by me."* (Jn. 14:6) Jesus is the only way to Heaven and He gave these directions on how to get there.

**1. Realize you are a sinner.** No matter where you are physically, everyone starts at the same place spiritually. All are sinners. *"For all have sinned, and come short of the glory of God."* (Rom. 3:23) Man comes short of Heaven (the glory of God) because of sin!

**Exhibit 2, Page 12 of 20**

**2. Realize there is a penalty for your sin.** Not only does sin keep you out of Heaven, but it also condemns you to Hell. Romans 6:23 says, *"For the wages of sin is death..."* Sin brings both physical and spiritual death. *"And death and hell were cast into the lake of fire. This is the second death."* (Rev. 20:14)

**3. Realize Jesus paid the penalty.** Jesus Christ's death, burial, and resurrection provided a way for you to go to Heaven. *"But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us."* (Rom. 5:8) Since Jesus was the only One Who could pay for our sin, He is the only Way to Heaven.

**4. Repent of your sin and receive Jesus as your Saviour.** The final part of Jesus' directions is to repent and receive Him. Acts 20:21 says, *"Repentance toward God, and faith toward our Lord*

**From:** Paul Graham <Graham-Paul@comcast.net>
**Sent:** Friday, May 05, 2023 7:49 AM EDT
**To:** ███@psdschools.org ███@psdschools.org>
**Subject:** SECRET CLUB

Caution: This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

To ADVISE CHILDREN , in the way that is AGAINST PARENT'S wishes, IS'NT EVEN YOUR JOB!! You have CROSSED THE LINE and SHOULD BE TERMINATED!! Who GAVE you the RIGHT to take on that ROLE?? GO-WOKE GO-BROKE!!☐☐

Sent from my iPhone

**From:** DEIRDRE HANDS <deirdrehands@aol.com>
**Sent:** Tuesday, May 09, 2023 2:15 PM EDT
**To:** ▇▇▇@psdschools.org ▇▇▇@psdschools.org>

Caution: This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

U sick manipulative "person" & I say that loosely- u need to go & made sure u r never around children again

Sent from my iPhone

**From:** devgrapes45 <devgrapes45@proton.me>
**Sent:** Wednesday, May 10, 2023 12:03 PM EDT
**To:** ▮@psdschools.org ▮@psdschools.org>
**Subject:** Hi ▮!

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

You really better hope your facebook and any other social media is well hidden.  I look forward to talking to your family, friends and any surviving parents (I hope for your sake that they're dead - I know I'd rather die than find out my kid was a pedophile) about your lust for grooming little kids.

P.S.
Kill yourself, you pedophile.

**From:** P.Ezequiel331 <P.Ezequiel331@proton.me>
**Sent:** Wednesday, May 10, 2023 3:21 PM EDT
**To:** ▮▮▮▮@psdschools.org ▮▮▮▮@psdschools.org>
**Subject:** Kill Yourself, Pedophile

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

Hope the subject speaks for itself.

**From:** John Wilbert <johnwilbert1408@gmail.com>
**Sent:** Wednesday, May 10, 2023 9:48 AM EDT
**To:** ███████@psdschools.org ███████@psdschools.org>; ███████@psdschools.org <███████@psdschools.org>; ███████@psdschools.org ███████@psdschools.org>; ███████@psdschools.org <███████@psdschools.org>; ███████@psdschools.org ███@psdschools.org>
**Subject:** Fwd: Criminal Charges are Coming Your Way

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

Your district will be sued for your brainwashing and encouraging confused children to become transexual. You will also be personally sued. Hopefully we can make this a criminal case as well. Jail time? Shame on YOU!!!!

**From:** bailori@gmail.com <bailori@gmail.com>
**Sent:** Sunday, May 14, 2023 10:25 AM EDT
**To:** ███@psdschools.org ███@psdschools.org>

Caution: This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

Absolutely disgusting if what you did was true.
world.
Not anything else.
So if you can't do your job- you should be fired

**From:** Chef Dairy Free <chefdairyfree@gmail.com>
**Sent:** Wednesday, May 10, 2023 8:07 AM EDT
**To:** ▇▇▇@psdschools.org ▇▇▇@psdschools.org>
**Subject:** Jail

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

You belong in jail

**From:** ███████@live.com>
**Sent:** Thursday, May 18, 2023 9:16 AM EDT
**To:** ███████@psdschools.org ███████@psdschools.org>; ███@psdschools.org ███@psdschools.org>
**Subject:** Is ███████ still working for you?

> **Caution:** This message was sent from outside of Poudre School District. Be sure you trust the sender before clicking links or opening attachments.

I just learned about this predator among your faculty. I'm concerned for the safety of the children at Wellington, and as a parent looking to move to the area I will not tolerate teachers sexually grooming my children.

In my research I came across this:

https://defendinged.org/incidents/12-year-old-student-invited-to-afterschool-art-club-finds-herself-in-a-meeting-about-trans-and-queer-identity-where-she-is-told-to-keep-secrets-and-that-parents-arent-safe/

Thank you.

Sincerely,
Dr. ███████, PhD