IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE
as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH
as next friends,

    Plaintiffs,
v.

POUDRE SCHOOL DISTRICT R-1,
Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1
BOARD OF EDUCATION,

    Defendants.

---

### MOTION FOR WITHDRAWAL OF STEPHANIE K. WOOD AS ATTORNEY FOR DEFENDANTS

---

Defendants Poudre School District R-1 and Poudre School District R-1 Board of Education, by and through undersigned counsel Jonathan P. Fero, move for the withdrawal of Stephanie K. Wood as their attorney-of-record, as follows:

    1.    Certificate of Compliance with D.C.COLO.LCivR 7.1: There is no need to confer with Plaintiff on a motion that is brought under D.C.COLO.L.AttyR 5(b), which concerns the

withdrawal of appearance. D.C.COLO.LCivR. 7.1(b). This motion is brought under D.C.COLO.L.AttyR 5(b).

2. The law firm of Semple, Farrington, Everall & Case, P.C., was retained to represent Defendants in this civil action, with the undersigned Mr. Fero as the responsible attorney handling the action on behalf of the law firm. To that end, Mr. Fero and Ms. Wood entered their respective appearances for Defendants.

3. On August 29, 2023, Ms. Wood's employment with the law firm ended. As a result, Ms. Wood will no longer be involved in this case.

4. Defendants will continue to be represented by Mr. Fero, a member of the law firm, and all responsibilities of representation shall remain with Mr. Fero.

5. As of the time of filing this Motion, Ms. Wood has not responded to the law firm's repeated requests that she move for her own withdrawal.

6. Defendants have been informed of the situation and desire Ms. Wood's removal as their counsel-of-record.

7. Accordingly, good cause exists for the withdrawal of Ms. Wood as attorney for Defendants.

8. The granting of this Motion will not prejudice any party to this action.

WHEREFORE, Defendants respectfully request that the Court order the withdrawal of Stephanie K. Wood as their attorney-of-record.

RESPECTFULLY SUBMITTED this 31st day of August, 2023.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/ Jonathan P. Fero*
Jonathan P. Fero

1120 Lincoln Street, Suite 1308<br>
Denver, CO  80203<br>
(303) 595-0941<br>
jfero@semplelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2023, a correct copy of the foregoing **MOTION FOR WITHDRAWAL OF STEPHANIE K. WOOD AS ATTORNEY FOR DEFENDANTS** was filed and served via CM/ECF to the following:

ILLUMINE LEGAL LLC
J. Brad Bergford, Esq.
8055 E. Tufts Ave., Ste. 1350
Denver, CO 80237
brad@bergfordlaw.com
brad@lawillumine.com
gennifer@illuminelegal.com

Richard Polk Lawson
rlawson@americafirstpolicy.com
Pamela Jo Bondi
pambondi@yahoo.com
Jase Panebianco
jpanebianco@americafirstpolicy.com
Jessica Hart Steinmann
jessica.elizabeth.hart@gmail.com

*Attorneys for Plaintiffs*

Stephanie Wood, Esq.

███████████████████████
███████████████████

swood@invictus111.net

By: *s/ Kathleen Schmidt*