Case No. 1:23-cv-01117-NYW-STV   Document 54-1   filed 09/29/23   USDC Colorado   pg 1 of 1

9/29/23, 8:59 PM                invictus111.net Mail - Activity in Case 1:23-cv-00933-RMR-SBP Carey v. Denver Public Schools et al Order on Motion for Leave to…



Stephanie Wood <swood@invictus111.net>

## Activity in Case 1:23-cv-00933-RMR-SBP Carey v. Denver Public Schools et al Order on Motion for Leave to Restrict
1 message

**COD_ENotice@cod.uscourts.gov** <COD_ENotice@cod.uscourts.gov>   Wed, Sep 20, 2023 at 11:13 AM
To: COD_ENotice@cod.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 9/20/2023 at 11:13 AM MDT and filed on 9/20/2023
**Case Name:**          Carey v. Denver Public Schools et al
**Case Number:**       [1:23-cv-00933-RMR-SBP](#)
**Filer:**
**Document Number:** 33(No document attached)

**Docket Text:**
**ORDER granting [30] Unopposed MOTION for Leave to Restrict. Being satisfied that [30] Stephanie K. Wood's Unopposed Motion to Restrict fulfills the requirements of D.C.COLO.LCivR 7.2(c), the Court GRANTS the Motion. The Clerk of the Court shall maintain a Level 2 Restriction to [27] and [31]. SO ORDERED by Judge Regina M. Rodriguez on 9/20/2023. Text Only Entry(rmrja)**

**1:23-cv-00933-RMR-SBP Notice has been electronically mailed to:**

Holly Eileen Ortiz      hortiz@semplelaw.com, emontoya@semplelaw.com, jsouthwell@semplelaw.com, kschmidt@semplelaw.com

Igor Raykin       Igor@coloradolawteam.com, kyle@coloradolawteam.com

Michael Jeffrey Nolt       michael@coloradolawteam.com, callista@coloradolawteam.com, chris@coloradolawteam.com

Stephanie K. Wood (Terminated)       swood@invictus111.net

**1:23-cv-00933-RMR-SBP Notice has been mailed by the filer to:**

# EXHIBIT ONE