Stephanie Wood <swood@invictus111.net>

## Follow-up
1 message

**Stephanie Wood** <swood@invictus111.net>                                   Wed, Aug 30, 2023 at 9:30 AM
To: Brent Case <bcase@semplelaw.com>
Cc: Jon Fero <jfero@semplelaw.com>, Holly Ortiz <hortiz@semplelaw.com>

Brent,

Attached please find my expense reimbursements for July and August. I never received payment for my submission from July, so I've created an updated form and included August in one chart. Elaine already has copies of the two Uber receipts from July, which were submitted to her on 7/24/2023.

Since the July reimbursements are overdue, I would appreciate prompt payment by the firm.

[redacted]

-Stephanie

On Tue, Aug 29, 2023 at 3:42 PM Brent Case <bcase@semplelaw.com> wrote:

> Steph:
>
> [redacted]
>
> Brent
>
> **M. Brent Case**
> Semple, Farrington, Everall & Case, P.C.
> 1120 Lincoln Street, Suite 1308
> Denver, Colorado 80203
> Direct: 720.974.9737
> Main: 303.595.0941

📎 July - August 2023 Expense Reimbursement Form - S. Wood.xlsx
13K

# EXHIBIT 5