

**Follow-up re Lee**
1 message

**Stephanie Wood** <swood@invictus111.net>  Wed, Aug 30, 2023 at 9:30 AM
To: Jon Fero <jfero@semplelaw.com>

Jon,

[redacted]

-Stephanie

# EXHIBIT SIX