## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01117-NYW-STV

JONATHAN LEE,
ERIN LEE,
C.L., a minor, by and through parents Jonathan and Erin Lee as next friends,
M.L., a minor, by and through parents Jonathan and Erin Lee as next friends,
NICOLAS JURICH,
LINNAEA JURICH, and
H.J., a minor, by and through parents Nicolas and Linnaea Jurich as next friends,

      Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1, and
POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on December 19, 2023 [Doc. 58], it is

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Complaint [Doc. 29] is GRANTED.  It is

FURTHER ORDERED that Count I is DISMISSED without prejudice for lack of subject matter jurisdiction under Rule 12(b)(1) to the extent it is asserted by H.J., C.L., or M.L.  It is

FURTHER ORDERED that Count I is DISMISSED without prejudice for failure to state a claim under Rule 12(b)(6) to the extent it is asserted by Jonathan Lee, Erin Lee, Nicolas Jurich, and Linnaea Jurich.  It is

FURTHER ORDERED that Count II is DISMISSED without prejudice for failure to state a claim under Rule 12(b)(6).

Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on May 16, 2024 [Doc. 69], it is

ORDERED that Plaintiffs' Amended Motion for Leave to Amend Complaint (Oral Argument Requested) [Doc. 64] is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Poudre School District R-1 Board of Education and Poudre School District R-1 and against Plaintiffs Jonathan Lee, Erin Lee, C.L., M.L., Nicolas Jurich, Linnaea Jurich, and H.J.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 17th day of May, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk