**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, by and through parents Jonathan and Erin Lee as next friends;
M.L., a minor, by and through parents Jonathan and Erin Lee as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a minor, by and through parents Nicolas and Linnaea Jurich as next friends,

       *Plaintiffs,*
  v.

POUDRE SCHOOL DISTRICT R-1; and,
POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,

       *Defendants*.

___

**NOTICE OF APPEAL OF PLAINTIFFS JONATHAN LEE, ERIN LEE, NICOLAS JURICH, AND LINNAEA JURICH FROM MAY 16, 2024, ORDER**

Notice is hereby given that, pursuant to 28 U.S.C. 1291 and Federal Rules of Appellate Procedure 4(a)(1)(A), Plaintiffs Jonathan Lee, Erin Lee, Nicolas Jurich, and Linnaea Jurich ("Appellants") appeal to the U.S. Court of Appeals for the Tenth Circuit from the May 16, 2024, Order denying their Amended Motion for Leave to Amend Complaint (Dkt. #69). Plaintiffs C.L., M.L., and H.J., minors by and through their next friends, respectively ("Non-Appellants"), as members of the initial pleadings do not join Appellants in this appeal; only Defendant Poudre School District R-1 is joined as an appellee, not Defendant Poudre School District R-1 Board of Education.

Respectfully submitted this 11th day of June, 2024.

/s/ J. Brad Bergford
J. Brad Bergford, CO Bar No. 42942
8055 East Tufts Ave., Ste. 1350
Denver, CO 80237
Phone: (303) 228-2241, ext. 100
Email: brad@illuminelegal.com
*Attorney for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal was filed in the CM/ECF system, which will serve a copy on all parties of record.

/s/Brad Bergford
J. Brad Bergford