IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01117-NYW-STV

JONATHAN LEE;
ERIN LEE;
C.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends;
M.L., a minor, BY AND THROUGH PARENTS JONATHAN and ERIN LEE as next friends;
NICOLAS JURICH;
LINNAEA JURICH; and
H.J., a Minor, BY AND THROUGH PARENTS NICOLAS and LINNAEA JURICH as next friends,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1, Ft. Collins, Colorado; and,
POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,

    Defendants.

## MOTION FOR WITHDRAWAL BY HENRY ARENDES AS COUNSEL FOR DEFENDANTS

    Henry Arendes, pursuant to D.C.COLO.LAttyR 5(b), hereby files his motion to withdraw as counsel, as follows:

    1.    An attorney may withdraw from a case upon a showing of good cause and service of the withdrawal notice on all counsel of record and the represented party. *See* D.C.COLO.LAttyR 5(b).

    2.    Jonathan P. Fero and Henry Arendes are attorneys of record for Defendants. There is good cause for Mr. Arendes to withdraw from the case because,

as of November 25, 2024, Mr. Arendes is no longer affiliated with the firm of Semple, Farrington, Everall and Case, P.C., which will continue to handle this case. Thus, Mr. Arendes seeks to withdraw as counsel for Defendants in this action.

3. Mr. Arendes's withdrawal will not have a material adverse effect on Defendant or the case, as Mr. Fero will continue his representation of Defendants.

WHEREFORE, Henry Arendes respectfully requests that this Court allow him to withdraw from this action and further requests that all service lists, including service by electronic means, be modified to remove him from such lists.

RESPECTFULLY SUBMITTED this 3rd day of January, 2025.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/Henry C. Arendes*
    Jonathan P. Fero
    Henry C. Arendes
    1120 Lincoln Street, Suite 1308
    Denver, CO  80203
    (303) 595-0941
    jfero@semplelaw.com
    henryclay@semplelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2025, a correct copy of the foregoing **MOTION FOR WITHDRAWAL BY HENRY ARENDES AS COUNSEL FOR DEFENDANTS** was filed via CM/ECF and served electronically on all counsel of record.

By: *s/ Kathleen Schmidt*

2